UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMY DELMIRA LARIOS TORREST,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. 5:26-cv-06820-RAO<br><br>JUDGMENT |

Pursuant to the Court's Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition is GRANTED in Part, and this action is closed.

DATED: November 23, 2026

/s/

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE